United States District Court
Southern District of Texas
**ENTERED**
May 26, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MJ ACTION NO. 2:23-MJ-00363 |
| | § | |
| JONATHAN GUSTAVO HENRIQUEZ-CAMPOS | § | |
| | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard and the weight of the evidence is strong. The defendant is a citizen of El Salvador with no status to be, or remain, in the United States lawfully. If the defendant is convicted of the instant offense, he will almost certainly be deported from the United States after serving his sentence. The defendant has little incentive to appear for court. Further, the facts of the case indicate the defendant was unlawfully transporting undocumented persons for financial gain. Additionally, the defendant has a prior felony conviction for evading detention with a vehicle. The undersigned finds the defendant is a poor candidate for bond and is ORDERED detained pending trial. The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his

designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on May 26, 2023.

Jason B. Libby
United States Magistrate Judge